IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR124 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN L. McGHEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion to extend the date for filing the government's objection and brief in support of objections to the findings and recommendation of the magistrate judge on defendant's motion to suppress (Filing No. 32).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until August 24, 2011, to submit its objections and brief in support thereof to the findings and recommendation of the magistrate judge.

      DATED this 11th day of August, 2011.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court